**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION* | No. 1:16-cv-08637 |
| This Document Relates To: | |
| *Action Meat Distributors, Inc., et al. v. Norman W. Fries, Inc. d/b/a Claxton Poultry Farms et al.*, Case No: 1:18-cv-03471 | **STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Direct Action Plaintiff Pacific Agri-Products, Inc. and all Defendants in the above-referenced and numbered cause have agreed (i) to the dismissal of Pacific Agri-Products, Inc.'s direct action claims and causes of action against all Defendants in this action, with prejudice as to re-filing such direct action claims and causes of action against Defendants in the future, as well as with prejudice as to Pacific Agri-Products, Inc.'s filing in the future any claims or causes of action against Defendants that arise, directly or indirectly, out of the same set of operative facts as those alleged in *In re Broiler Chicken Antitrust Litigation*, (ii) to allow Pacific Agri-Products, Inc. to participate in *In re Broiler Chicken Antitrust Litigation* as an absent member of the putative direct purchaser class, without prejudice; (iii) that Pacific Agri-Products, Inc. will by separate stipulation admit that its documents produced in this matter are authentic and admissible as business records and/or party admissions under the Federal Rules of Evidence in this action and any action consolidated with or deemed related to *In re Broiler Chicken Antitrust Litigation*, and (iv) that all Parties to this stipulation will bear their own attorneys' fees, litigation expenses, and court costs.

1

THEREFORE, IT IS STIPULATED AND AGREED by Pacific Agri-Products, Inc. and all Defendants in the above-referenced and numbered cause that (i) Plaintiff Pacific Agri-Products, Inc.'s direct action claims and causes of action against all Defendants in this action hereby are dismissed, with prejudice as to re-filing such direct action claims and causes of action against Defendants in the future, as well as with prejudice as to Pacific Agri-Products, Inc.'s filing in the future any claims or causes of action against Defendants that arise, directly or indirectly, out of the same set of operative facts as those alleged in *In re Broiler Chicken Antitrust Litigation*; (ii) Pacific Agri-Products, Inc. may participate in the *Broiler Chicken Antitrust Litigation* as an absent member of the putative direct purchaser class, without prejudice; (iii) Pacific Agri-Products, Inc. will by separate stipulation admit that its documents produced in this matter are authentic and admissible as business records and/or party admissions under the Federal Rules of Evidence in this action and any action consolidated with or deemed related to *In re Broiler Chicken Antitrust Litigation*; and (iv) all Parties to this stipulation will bear their own attorneys' fees, litigation expenses, and court costs.

IT IS SO STIPULATED.

Date: June 18, 2020

Respectfully submitted,

ASKOUNIS & DARCY PC

By: */s/ Alex Darcy*
Alex Darcy (ARDC# 06220515)
444 N. Michigan Ave, Suite 3270
Chicago, IL 60611
Telephone: (312) 784-2400
Facsimile: (312) 784-2410
Email: adarcy@askounisdarcy.com

2

SAWYER & LABAR LLP

By: */s/ Adrian Sawyer*
Adrian Sawyer (*pro hac vice*)
201 Mission St., Suite 2240
San Francisco, CA 94105
Telephone: (415) 262-3820
Email: sawyer@sawyerlabar.com


*Attorneys For Plaintiff*
*Pacific-Agri Products, Inc.*

[COUNSEL FOR DEFENDANTS ON FOLLOWING PAGES]

WEIL GOTSHAL & MANGES LLP

By: */s/ Carrie C. Mahan*
Carrie C. Mahan (IL Bar No. 459802)
Christopher J. Abbott (IL Bar No. 1014487)
2001 M Street N.W., Ste. 600
Washington, D.C. 20036
Telephone: 202-682-7000
Facsimile: 202-857-0940
carrie.mahan@weil.com
christopher.abbott@weil.com

Jessica L. Falk (IL Bar No. 4763686)
767 Fifth Avenue
New York, NY 10153
Telephone: 212-310-8000
Facsimile: 212-310-8007
jessica.falk@weil.com

Brian Liegel (IL Bar No. 119269)
1395 Brickell Avenue, Ste. 1200
Miami, FL 33131
Telephone: 305-577-3100
Facsimile: 305-374-7159
brian.liegel@weil.com

BAILEY BRAUER PLLC

Clayton E. Bailey
8350 N. Central Expressway, Ste 206
Dallas, TX 75206
Telephone: 214-360-7433
Facsimile: 214-360-7424
cbailey@baileybrauer.com

EIMER STAHL LLP

Michael L. McCluggage (#01820966)
224 South Michigan Avenue, Ste 1100
Chicago, IL 60604
Telephone: 312-660-7665
Facsimile: 312-692-1718
mmccluggage@eimerstahl.com

*Attorneys for Defendant Pilgrim's Pride*
*Corporation and Liaison Counsel for Defendants*

VENABLE LLP

By: */s/ J. Douglas Baldridge*
J. Douglas Baldridge (#437678)
Lisa Jose Fales (admitted *pro hac vice*)
Danielle Foley (admitted *pro hac vice*)
Robert Davis (admitted *pro hac vice*)
Mary Gardner (admitted *pro hac vice*)
Andrew Hernacki (admitted *pro hac vice*)
Zakariya Varshovi (admitted *pro hac vice*)
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300
jdbaldridge@venable.com
ljfales@venable.com
drfoley@venable.com
rpdavis@venable.com
mmgardner@venable.com
athernacki@venable.com
zkvarshovi@venable.com

Leonard L. Gordon (admitted *pro hac vice*)
Benjamin P. Argyle (admitted *pro hac vice*)
1270 Avenue of the Americas, 24th Floor
New York, New York 10020
Telephone: (212) 370-6252
Facsimile: (212) 307-5598
llgordon@venable.com
bpargyle@venable.com

FALKENBERG IVES LLP

Kirstin B. Ives
30 N. LaSalle St., Ste 4020
Chicago, IL 60602
kbi@ffilaw.com
Telephone: (312) 566-4803
Facsimile: (312) 566-4810

*Attorneys for Defendants Perdue Farms, Inc. and*
*Perdue Foods LLC*

SIDLEY AUSTIN LLP

By: /s/ *John W. Treece*
John W. Treece, Bar No. 3122889
1 S. Dearborn Street
Chicago, Illinois 60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036
jtreece@sidley.com

ROSE LAW FIRM

Amanda K. Wofford (admitted *pro hac vice*)
120 East Fourth Street
Little Rock, Arkansas 72201
Telephone: (501) 377-0334
Facsimile: (501) 375-1309
awofford@roselawfirm.com

*Attorneys for Defendants Mountaire Farms, Inc.,*
*Mountaire Farms, LLC and Mountaire Farms of*
*Delaware, Inc.*

MAYER BROWN LLP

By:  /s/ *Carmine R. Zarlenga*
Carmine R. Zarlenga, #90784529
William H. Stallings
Stephen M. Medlock
Oral D. Pottinger
1999 K Street N.W.
Washington, DC 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
czarlenga@mayerbrown.com
wstallings@mayerbrown.com
smedlock@mayerbrown.com
opottinger@mayerbrown.com

*Attorneys for Defendant Foster Farms, LLC and*
*Foster Poultry Farms, a California Corporation*

NOVACK AND MACEY LLP

By:  /s/ *Stephen Novack*
Stephen Novack
Stephen J. Siegel
Christopher S. Moore
100 North Riverside Plaza
Chicago, IL 60606
Telephone: (312) 419-6900
Facsimile: (312) 419-6928
snovack@novackmacey.com
ssiegel@novackmacey.com
cmoore@novackmacey.com

*Attorneys for Defendants Koch Foods*
*Incorporated, JCG Foods of Alabama LLC,*
*JCG Foods of Georgia LLC and Koch Meat*
*Co., Inc.*


VEDDER PRICE P.C.

By:  /s/ *Gregory G. Wrobel*
Gregory G. Wrobel (#3122900)
222 N. LaSalle Street
Chicago, IL 60601
Telephone: (312) 609-7722
Facsimile: (312) 609-5005
gwrobel@vedderprice.com


JORDAN PRICE WALL GRAY JONES &
CARLTON, PLLC

Henry W. Jones, Jr.
1951 Clark Avenue
Raleigh, NC 27605
Telephone: (919) 828-2501
Facsimile: (919) 834-8447
hjones@jordanprice.com

*Attorneys for Defendant House of Raeford*
*Farms, Inc.*

PROSKAUER ROSE LLP

By:  /s/ *Christopher E. Ondeck*
Christopher E. Ondeck
Stephen R. Chuk
1001 Pennsylvania Ave., NW, Ste 600 South
Washington, DC 20004
Telephone: (202) 416-6800
Facsimile: (202) 416-6899
condeck@proskauer.com
schuk@proskauer.com

*Attorneys for Wayne Farms LLC*


SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP

By:  /s/ *Patrick Fitzgerald*
Patrick Fitzgerald (#6307561)
Lara Flath
155 N. Wacker Drive
Chicago, IL 60606
Telephone: (312) 407-0700
Facsimile: (312) 407-0411
patrick.fitzgerald@skadden.com
lara.flath@skadden.com

Boris Bershteyn
Four Times Square
New York, NY 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
boris.bershteyn@skadden.com

*Attorneys for Defendant Peco Foods, Inc.*

KIRKLAND & ELLIS LLP

By: /s/ *Daniel E. Laytin, P.C.*
Daniel E. Laytin, P.C.
Christa C. Cottrell, P.C.
Stacy Pepper
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Fax: (312) 862-2200
dlaytin@kirkland.com
ccottrell@kirkland.com
stacy.pepper@kirkland.com

*Attorneys for Defendants Sanderson Farms,*
*Inc., Sanderson Farms, Inc. (Foods Division),*
*Sanderson Farms, Inc. (Processing Division),*
*and Sanderson Farms, Inc. (Production*
*Division)*

STINSON LLP

By: /s/ *William L. Greene*
William L. Greene
Peter J. Schwingler
Kevin P. Kitchen
50 South Sixth Street, Ste 2600
Minneapolis, MN 55402
Telephone: (612) 335-1500
william.greene@stinson.com
peter.schwingler@stinson.com
kevin.kitchen@stinson.com

J. Nicci Warr
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Telephone: (314) 259-4570
nicci.warr@stinson.com

SUGAR FELSENTHAL GRAIS &
HELSINGER LLP

John C. Martin
30 N. LaSalle Street, Ste 3000
Chicago, IL 60602
Telephone: (312) 704-2172
Facsimile: (312) 372-7951
jmartin@sfgh.com

THE LAW GROUP OF NORTHWEST
ARKANSAS LLP

Gary V. Weeks
K.C. Dupps Tucker
Kristy E. Boehler
1830 Shelby Lane
Fayetteville, AR 72704
Telephone: (479) 316-3760
gary.weeks@lawgroupnwa.com
kc.tucker@lawgroupnwa.com
kristy.boehler@lawgroupnwa.com

*Attorneys for Defendants George's, Inc.*
*and George's Farms, Inc.*

7

KUTAK ROCK LLP

By: /s/ *John P. Passarelli*
John P. Passarelli
James M. Sulentic
1650 Farnam Street
Omaha, NE 68102
Telephone: (402) 346-6000
Facsimile: (402) 346-1148
john.passarelli@kutakrock.com
james.sulentic@kutakrock.com

J.R. Carroll
Jeffrey M. Fletcher
234 East Millsap Road, Ste 200
Fayetteville, AR 72703-4099
Telephone: (479) 973-4200
Facsimile: (479) 973-0007
jr.caroll@kutakrock.com
Jeffrey.fletcher@kuakrock.com

Kimberly M. Hare (#6323326)
One South Wacker Drive, Ste 2050
Chicago, IL 60606-4614
Telephone: (312) 602-4100
Facsimile: (312) 602-4101
kimberly.hare@kutakrock.com

*Attorneys for Defendants O.K. Foods, Inc.,*
*O.K. Farms, Inc., and O.K. Industries, Inc.*

EDWARD C. KONIECZNY LLC

By: /s/ *Edward C. Konieczny*
Edward C. Konieczny
400 Colony Square, Ste 1501
1201 Peachtree Street, NE
Atlanta, GA 30361
T: (404) 380-1430
F: (404) 382-6011
ed@koniecznylaw.com

SMITH, GAMBRELL & RUSSELL, LLP

David C. Newman
W. Parker Sanders
1230 Peachtree Street, N.E.
Promenade, Ste 3100
Atlanta, GA 30309
T: (404) 815-3500
F: (404) 815-3509
dnewman@sgrlaw.com
psanders@sgrlaw.com
NEAL, GERBER & EISENBERG LLP

Jonathan S. Quinn
Andrew G. May
Two North LaSalle Street, Ste 1700
Chicago, Illinois 60602-3801
T: (312) 269-8000
F: (312) 269-1747
jquinn@nge.com
amay@nge.com

*Attorneys for Defendants Mar-Jac Poultry,*
*Inc., Mar-Jac Poultry MS, LLC, Mar-Jac*
*Poultry AL, LLC, Mar-Jac AL/MS, Inc., Mar-*
*Jac Poultry, LLC, Mar-Jac Holdings, Inc.*

8

VAUGHAN & MURPHY

By:  /s/ *Charles C. Murphy, Jr.*
Charles C. Murphy, Jr.
690 S Ponce Court NE
Atlanta, GA 30307
Telephone: (404) 667-0714
Facsimile: (404) 529-4193
cmurphy@vaughanandmurphy.com

WINSTON & STRAWN LLP

James F. Herbison
Michael P. Mayer
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
jherbison@winston.com
mmayer@winston.com

*Attorneys for Defendant Norman W. Fries,*
*Inc. d/b/a Claxton Poultry Farms*

SHOOK HARDY & BACON LLP

By:  /s/ *Lynn H. Murray*
Lynn H. Murray
111 S. Wacker Dr., Ste 4700
Chicago IL 60606
Telephone: (312) 704-7700
Facsimile: (312) 558-1195
lhmurray@shb.com

Laurie A. Novion
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
lnovion@shb.com

CONNER & WINTERS

John R. Elrod
Vicki Bronson
4375 N. Vantage Drive, Ste. 405
Fayetteville, AR 72703
Telephone: (479) 582-5711
jelrod@cwlaw.com
vbronson@cwlaw.com

*Attorneys for Defendant Simmons Foods, Inc.*
*and Simmons Prepared Foods Inc.*

9

MANDELL MENKES LLC

By: /s/ *Brendan J. Healey*
Brendan J. Healey
One North Franklin, Ste 3600
Chicago, IL 60606
Telephone: (312) 251-1006
Facsimile: (312) 759-2189
bhealey@mandellmenkes.com

ALSTON & BIRD LLP

B. Parker Miller
Valarie C. Williams
Max Marks
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
parker.miller@alston.com
valarie.williams@alston.com
nowell.berreth@alston.com
max.marks@alston.com

SMITH, GILLIAM, WILLIAMS & MILES
PA

R. Brent Hatcher, Jr.
301 Green Street NW, Ste 200
Gainesville, GA 30501
Telephone: (770) 536-3381
Facsimile: (770) 535-9902
bhatcher@sgwmfirm.com
cfranklin@sgwmfirm.com

*Attorneys for Fieldale Farms Corporation*

AXINN, VELTROP & HARKRIDER LLP

By: /s/ *Rachel J. Adcox*
Rachel J. Adcox
Daniel K. Oakes
Kenina J. Lee
950 F Street NW, Ste 700
Telephone: (202) 912-4700
Facsimile: (202) 912-4701
radcox@axinn.com
doakes@axinn.com
klee@axinn.com

John M. Tanski
Jarod G. Taylor
90 State House Square
Hartford, CT 06103
Telephone: (860) 275-8100
Facsimile: (860) 275-8101
jtanski@axinn.com
jtaylor@axinn.com

Nicholas E.O. Gaglio
114 West 47th Street
New York, NY 10036
Telephone: (212) 728-2200
Facsimile: (212) 261-5654
ngaglio@axinn.com

LIPE LYONS MURPHY NAHRSTADT &
PONTIKIS, LTD.

Bradley Charles Nahrstadt
230 West Monroe, Street, Ste 2260
Chicago, IL 60606
Telephone: (312) 448-6235
Facsimile: (312) 726-2273
bcn@lipelyons.com

*Attorneys for Defendants Tyson Foods, Inc.,*
*Tyson Chicken, Inc., Tyson Breeders, Inc.,*
*Tyson Poultry, Inc.*

HOGAN LOVELLS US LLP

By: /s/ *William L. Monts III*
William L. Monts III
Justin W. Bernick
Jennifer A. Fleury
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Telephone: (202) 637-5910
Fax: (202) 637-5911
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com
jennifer.fleury@hoganlovells.com

MILLER, CANFIELD, PADDOCK, AND
STONE P.L.C.

Jacob D. Koering
225 West Washington Street, Ste 2600
Chicago, Illinois 60606
Telephone: (312) 460-4272
Facsimile: (312) 460-4201
koering@millercanfield.com

*Attorneys for Defendant Agri Stats, Inc.*

EVERSHEDS SUTHERLAND (US) LLP

By: /s/ *James R. McGibbon*
James R. McGibbon
Patricia A. Gorham
Peter M. Szeremeta
Kaitlin A. Carreno
999 Peachtree Street, N.E., Ste 2300
Atlanta, Georgia 30309-3996
Telephone: (404) 853-8000
Facsimile: (404) 853-8806
jimmcgibbon@eversheds-sutherland.com
patriciagorham@eversheds-sutherland.com
peterszeremeta@eversheds-sutherland.com
katilincarreno@eversheds-sutherland.com

SMITHAMUNDSEN LLC

Clay H. Phillips
150 N. Michigan Avenue, Ste 3300
Chicago, Illinois 60601
Telephone: (312) 894-3200
Facsimile: (312) 997-1828
cphillips@salawus.com

*Attorneys for Defendants Harrison Poultry, Inc.*

**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the *Stipulation of Dismissal* was served on all counsel of record, via the Court's CM/ECF system, on June 26, 2020.

Date: June 26, 2020


                      */s/ Alex Darcy*
                      Alex Darcy