UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Action Meat Distributors, Inc., et al.
                                  Plaintiff,

v.                                                            Case No.: 1:18–cv–03471
                                                                                   Honorable Thomas M. Durkin

Norman W. Fries, Inc., et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 9, 2021:

      MINUTE entry before the Honorable Thomas M. Durkin: Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and pursuant to stipulation [33], Affiliated Foods Plaintiffs' claims against Defendant Pilgrim's Pride Corporation are dismissed with prejudice, with each side bearing its own attorneys' fees and costs. Pilgrim's Pride Corporation terminated. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.